**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**THE FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST PRIORITY BANK, BRADENTON, FLORIDA,**

      Plaintiff,                        Case No. 8:11-CV-2831-T-33MAP

v.

**ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A., A Florida professional association, and ROBERT D. MESSICK, ESQ.,**

    \_\_\_\_\_ Evidentiary
    __X__ Trial
    \_\_\_\_\_ Other

      Defendants.

## PLAINTIFF'S TRIAL EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 53. | 5/16/13 | 5/16/13 | **Michael Duncan** | First Priority Bank Board of Directors Meeting April 18, 2007 Minutes |
| 55. | 5/16/13 | 5/16/13 | **Michael Duncan** | First Priority Bank Board of Directors Meeting March 13, 2008 Minutes |
| 56. | 5/16/13 | 5/16/13 | **Michael Duncan** | First Priority Bank Board of Directors Meeting May 15, 2008 Minutes |
| 77. | 5/16/13 | 5/16/13 | **Michael Duncan** | Letter dated November 28, 2005 from George F. Young Inc. to Mark Brivik |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 78. | 5/16/13 | 5/16/13 | Michael Duncan | Letter dated November 1, 2005 to Mark Brivik from George F. Young Inc. |
| 79. | 5/16/13 | 5/16/13 | Michael Duncan | Professional Services Agreement dated December 1, 2005 |
| 84. | 5/15/13 | 5/15/13 | Robert Messick | Letter dated March 22, 2006 from Robert Messick to Steve Putnam |
| 91. | 5/13/13 | 5/13/13 | Bruce Chapnick | Operating Agreement of River Meadows Development LLC |
| 99. | 5/15/13 | NOT admitted | Robert Messick | Sunbiz.org River Meadows Development Corporation |
| 105. | 5/16/13 | 5/16/13 | Michael Duncan | Allocation of Asset Proceeds |
| 106. | 5/16/13 | 5/16/13 | Michael Duncan | Assignment and Assumption of Interests and Obligations |
| 107. | 5/16/13 | 5/16/13 | Michael Duncan | Bill of Sale |
| 108. | 5/16/13 | 5/16/13 | Michael Duncan | Loan Sale Agreement between FDIC and FH Partners LLC |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 109. | 5/16/13 | 5/16/13 | Michael Duncan | FDIC Closed Loan Sale Online Printout |
| 117. | 5/14/13 | 5/14/13 | Robert Messick<br>Lawrence Fox<br>Anthony Alfieri | Exhibit 2 to Robert Messick's June 19, 2012 Deposition |
| 119. | 5/13/13 | 5/13/13 | Steven Murray<br>Robert Messick | Exhibit 4 to Robert Messick's June 19, 2012 Deposition |
| 120. | 5/14/13 | 5/14/13 | Robert Messick | Exhibit 5 to Robert Messick's June 19, 2012 Deposition |
| 121. | 5/14/13 | 5/14/13 | Robert Messick | Exhibit 6 to Robert Messick's June 19, 2012 Deposition |
| 126. | 5/13/13 | 5/13/13 | Steven Murray<br>Robert Messick<br>Mark Riley<br>Anthony Alfieri<br>Jerry Neff | Exhibit 11 to Robert Messick's June 19, 2012 Deposition |
| 128. | 5/14/13 | 5/20/13 | Stephen Putnam<br>George Najmy | Exhibit 13 to Robert Messick's June 19, 2012 Deposition |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 130. | 5/14/13 | 5/14/13 | **Robert Messick**<br>**Lawrence Fox**<br>**Anthony Alfieri** | Exhibit 15 to Robert Messick's June 19, 2012 Deposition |
| 133. | 5/15/13 | 5/15/13 | **Robert Messick** | Exhibit 18 to Robert Messick's June 19, 2012 Deposition |
| 136. | 5/13/13 | 5/13/13 | **Steven Murray**<br>**Stephen Putnam**<br>**Robert Messick** | Exhibit 21 to Robert Messick's June 19, 2012 Deposition |
| 138. | 5/15/13 | 5/15/13 | **Robert Messick** | Exhibit 23 to Robert Messick's June 19, 2012 Deposition |
| 145. | 5/13/13 | 5/13/13 | **Steven Murray** | Exhibit 30 to Bruce Chapnick's June 19, 2012 Deposition |
| 152. | 5/14/13 | 5/16/13 | **Michael Duncan**<br>**Stephen Putnam**<br>**Lawrence Fox**<br>**Anthony Alfieri**<br>**Alan Zirkelbach**<br>**George Najmy** | Exhibit 52 to Steven Putnam's July 9, 2012 Deposition |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **153.** | 5/14/13 | 5/14/13 | **Stephen Putnam** <br> **Robert Messick** <br> **Lawrence Fox** <br> **Jerry Neff** | Exhibit 54 to Steven Putnam's July 9, 2012 Deposition |
| **154.** | 5/13/13 | 5/13/13 | **Patrick Bryant** <br> **Anthony Alfieri** | Exhibit 55 to Steven Putnam's July 9, 2012 Deposition |
| **161.** | 5/13/13 | 5/13/13 | **Steven Murray** <br> **Stephen Putnam** | Exhibit 62 to Steven Putnam's July 9, 2012 Deposition |
| **169.** | 5/13/13 | **NOT admitted** | **Patrick Bryant** <br> **George Najmy** | Exhibit 73 to Steven Putnam's July 9, 2012 Deposition |
| **178.** | 5/13/13 | **NOT admitted** | **Patrick Bryant** | Exhibit 85 to George Najmy's July 10, 2012 Deposition |
| **181.** | 5/13/13 | 5/13/13 | **Steven Murray** <br> **Stephen Putnam** <br> **Robert Messick** <br> **George Najmy** | Exhibits 3 to Bob Messick's Interview from November 8, 2010 |
| **182.** | 5/20/13 | **NOT admitted** | **Stephen Kussner** | Exhibits 4 to Bob Messick's Interview from November 8, 2010 |
| **184.** | 5/14/13 | 5/14/13 | **Robert Messick** | Exhibits 6 to Bob Messick's Interview from November 8, 2010 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **185.** | **5/14/13** | **5/14/13** | **Robert Messick** | Exhibits 7 to Bob Messick's Interview from November 8, 2010 |
| **187.** | **5/14/13** | **5/14/13** | **Robert Messick** | Exhibits 9 to Bob Messick's Interview from November 8, 2010 |
| **188.** | **5/14/13** | **5/14/13** | **Robert Messick** | Exhibits 10 to Bob Messick's Interview from November 8, 2010 |
| **189.** | **5/14/13** | **5/14/13** | **Robert Messick** | Exhibits 11 to Bob Messick's Interview from November 8, 2010 |
| **190.** | **5/14/13** | **5/15/13** | **Robert Messick** | Exhibits 12 to Bob Messick's Interview from November 8, 2010 |
| **191.** | **5/15/13** | **5/15/13** | **Robert Messick** | Exhibits 13 to Bob Messick's Interview from November 8, 2010 |
| **192.** | **5/15/13** | **5/15/13** | **Robert Messick** | Exhibits 14 to Bob Messick's Interview from November 8, 2010 |
| **194.** | **5/13/13** | **5/13/13** | **Steven Murray** | Exhibits 16 to Bob Messick's Interview from November 8, 2010 |
| **195.** | **5/13/13** | **5/13/13** | **Steven Murray** | Exhibits 17 to Bob Messick's Interview from November 8, 2010 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **196.** | **5/14/13** | **5/14/13** | **Robert Messick** | Exhibits 18 to Bob Messick's Interview from November 8, 2010 |
| **197.** | **5/14/13** | **5/14/13** | **Robert Messick** | Exhibits 19 to Bob Messick's Interview from November 8, 2010 |
| **198.** | **5/13/13** | **5/13/13** | **Steven Murray** | Exhibits 20 to Bob Messick's Interview from November 8, 2010 |
| **199.** | **5/13/13** | **5/13/13** | **Steven Murray** | Exhibits 21 to Bob Messick's Interview from November 8, 2010 |
| **200.** | **5/13/13** | **5/13/13** | **Steven Murray** **Robert Messick** | Exhibits 22 to Bob Messick's Interview from November 8, 2010 |
| **201.** | **5/13/13** | **5/13/13** | **Steven Murray** **Robert Messick** | Exhibits 23 to Bob Messick's Interview from November 8, 2010 |
| **202.** | **5/13/13** | **5/13/13** | **Steven Murray** **Robert Messick** | Exhibits 24 to Bob Messick's Interview from November 8, 2010 |
| **203.** | **5/13/13** | **5/13/13** | **Steven Murray** **Robert Messick** | Exhibits 25 to Bob Messick's Interview from November 8, 2010 |
| **204.** | **5/13/13** | **5/13/13** | **Steven Murray** **Robert Messick** | Exhibits 26 to Bob Messick's Interview from November 8, 2010 |