| NOTIFICATION OF EXHIBITS TO EXHIBIT CLERK |
|---|

CASE NO: 8:11 cv2831-T-33-MAP

CASE STYLE: FDIC v. Icard, Merrill, et al

DEFENDANT'S:
(criminal cases
   only)

DATE EXHIBITS PLACED IN THE EXHIBIT ROOM: 5/22/13

TYPE OF HEARING    ☐ Motion hearing    ☐ Evidentiary hearing

☐ Change of Plea    ☐ Sentencing

☒ Jury Trial    ☐ Bench Trial

☐ Other (Type of hearing)

Total Number of Folders: 2

Boxes:

Envelopes:

Binders:

COURTROOM DEPUTY: *[signature]*

**FILED**

Date 5/23/13   Time ___
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| Please file stamp and place in Jeanne Hueting's box. |
|---|